

2001 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-15-2001

# In Re: Cendant Corp

Precedential or Non-Precedential:

Docket 00-2185

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2001

Recommended Citation

"In Re: Cendant Corp" (2001). *2001 Decisions.* Paper 102.
http://digitalcommons.law.villanova.edu/thirdcircuit_2001/102

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2001 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 00-2185
_____

IN RE: CENDANT CORPORATION LITIGATION

JANICE G. DAVIDSON; ROBERT M. DAVIDSON,
in his capacity as trustee of Robert M.
Davidson Charitable Remainder Unitrust,
and as co-trustee of Elizabeth A. Davidson
Irrevocable Trust, Emilie A. Davidson
Irrevocable Trust, John R. Davidson Irrevocable
Trust, Emilie A. Davidson Charitable Remainder
Unitrust and John R. Davidson Charitable
Remainder Unitrust,
                                    Appellants
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 98-cv-01664)
District Judge: Honorable William H. Walls
_____

Argued: November 16, 2000

Before: SLOVITER, AMBRO, and GARTH, Circuit Judges

(Filed: May 9, 2001)
_____

ORDER AMENDING OPINION
_____

        The slip opinion in the above case is hereby amended as follows:

        1.   On page 40, in the last line of the paragraph
captioned "III. Conclusion",
        the word "Opinion" should not be capitalized.


                        BY THE COURT:



                        /s/Thomas L. Ambro
                        Circuit Judge

DATED: May 15, 2001